CONSENT FOR MODIFICATION OF SUPERVISED RELEASE/PROBATION

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 07-00094-01 |
| | ) | PLF/DAR |
| KIRK BROOKS | ) | |
| | ) | |
| Defendant | ) | |

## CONSENT TO MODIFY            SUPERVISED RELEASE

The parties agree the defendant's conditions of supervised release/probation should be modified and being no objection thereto, IT IS RECOMMENDED THAT the defendant's conditions of supervised release/~~probation~~ be modified ~~as follows: (state modification, e.g. that he spend 60 days of his term in an inpatient treatment facility).~~ to add as conditions

(1) Defendant shall reside at the address verified by the Probation Office;

(2) Defendant shall abide by all restraining orders and orders of protection; and

(3) Defendant shall have no contact by any means, with Ms. Latifa Brooks, her children, or any member of her family.

_____
U.S. Magistrate Judge          9/29/16

Failure to file timely objections to the findings and recommendations set forth in this report may waive your right of appeal from an order of the District Court adopting such findings and recommendations. See Thomas v. Arn, 474 U.S. 140 (1985).

The magistrate judge having recommended that the conditions of the defendant's supervised release/probation be modified and there being no objection thereto, IT IS ORDERED that the recommendation of the magistrate judge is accepted.

Dated:

10/5/16

_____
U.S. District Judge